UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| **LENORA SIVARAM,** | CASE NO. 5:25-CV-397-DCR |
| **PLAINTIFF,** | |
| | JUDGE: DANNY C. REEVES |
| v. | |
| **ALLSTATE INDEMNITY INSURANCE COMPANY D/B/A ALLSTATE,** | |
| **DEFENDANT.** | |

## JOINT STATUS REPORT

Pursuant to the December 1, 2025, Scheduling Order [Doc. #6 herein], Plaintiff Lenora Sivaram, and Defendant Allstate Indemnity Insurance Company d/b/a Allstate, by and through their respective counsel, hereby jointly provide the following status update.

Defendant's expert witness report has been provided to Plaintiff's attorney; the parties are considering settlement negotiations; Plaintiff's deposition is still to be scheduled; if settlement negotiations are unsuccessful, Defendant will be filing a motion for summary judgment

Respectfully submitted:

| */s/ Christopher Bailey (permission via email 2/2/26)* | */s/ Anthony J. Iaciofano* |
|---|---|
| J. Bart Denham, Esq. | Anthony J. Iaciofano |
| Christopher Bailey, Esq. | Benjamin, Heather, Iaciofano & Bitter, LLC |
| Denham Property and Injury Law Firm | Westlake Center |
| 250 West Main St., Suite 120 | 4555 Lake Forest Drive, Suite 650 |
| Lexington, KY 40507 | Cincinnati, OH 45242 |
| christopher@denham.law | Email: ajiaciofano@bhiblaw.com |
| service@denham.law | *Attorney for Defendant, Allstate Indemnity* |
| *Attorneys for Plaintiff* | *Insurance Company d/b/a Allstate* |